**UNITED STATES of America,**
**Appellee,**

v.

**Byron James MILLER, Appellant.**

No. 03–1279.

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 12, 2003.

Decided Sept. 15, 2003.

Antoinette Decker, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Byron James Miller, pro se, Pekin, IL, for Defendant–Appellant.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Byron James Miller appeals the District Court's [1] order denying his 18 U.S.C. § 3582(c)(2) (2000) motion. Having carefully reviewed the record, we agree with the District Court that Miller is not entitled to a sentence reduction based on Amendment 635 to the Sentencing Guidelines, which revised the commentary of U.S.S.G. § 3B1.2 (2002) (mitigating role in offense). *See* U.S. Sentencing Guidelines Manual app. C, Amendment 635 (Supp. 2002). Among other things, Amendment 635 is not listed in U.S.S.G. § 1B1.10(c) (2002). *See* U.S.S.G. § 1B1.10(a) (2002) (sentence reduction is authorized under § 3582(c)(2) where defendant's Guidelines range has been lowered as result of amendment listed in subsection (c); sentence reduction not otherwise authorized); *United States v. King*, 280 F.3d 886, 891 (8th Cir.2002) (Congress gave Sentencing Commission explicit power, implemented in § 1B1.10, to decide whether its amendments will be given retroactive effect), *cert. denied*, 537 U.S. 965, 123 S.Ct. 402, 154 L.Ed.2d 324 (2002).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.